UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPENDRA SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | No. 2:13-cv-01946-GEB-AC<br><br>**ORDER** |

Two orders issued September 20, 2013, dismissing this action and denying Plaintiff's *ex parte* applications for a temporary restraining order for lack of subject matter jurisdiction. (See ECF Nos. 6, 9.) The second order dismissed the action without leave to amend.

Plaintiff's counsel, Aldon Bolanos, subsequently called and then e-mailed the undersigned judge's courtroom deputy clerk the attached e-mail correspondence. In the e-mail, Mr. Bolanos states, in part:

> Did I upset someone over there? We filed our complaint on diversity grounds, and the court sua sponte gave us 10 days to file an amendment to address jurisdictional issues. So we just finished doing that and he again, sua sponte, dismissed the case without leave to amend.
>
> No reasons given, no hearing given, just SLAM!
>
> I am thinking maybe this second order is a mistake. Can you please give me a call?

1

Mr. Bolanos' communications with the courtroom deputy clerk are woefully inappropriate. Although it is conceivable that Mr. Bolanos' attempts to communicate with the courtroom deputy clerk stem from his failure to understand the reasoning set forth in the referenced orders, the courtroom deputy clerk should not be subjected to such inquiries about a judge's order. She did not write the orders, they are judicial decisions. This should be obvious to any attorney practicing in this court. Further, the communications were attempted improper *ex parte* communications with chambers.

Therefore, Mr. Bolanos shall discontinue attempting to communicate with the courtroom deputy clerk about this matter. If Mr. Bolanos continues in his attempts to communicate with the courtroom deputy clerk concerning the subject of his e-mail communication, he will be subject to an order to show cause why he should not be sanctioned for disobedience of this order. If Mr. Bolanos and his client want to request something from the Court, it should be requested in a writing filed on the public docket.

Dated: September 20, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2



Fwd: Activity in Case 2:13-cv-01946-GEB-AC Singh v. Wells Fargo Bank, N.A. Judgment
Aldon L. Bolanos, Esq.
to:
sfurstenau
09/20/2013 01:08 PM
Sent by:
aldon33@gmail.com
Hide Details
From: "Aldon L. Bolanos, Esq." <aldon@aldonlaw.com>

To: sfurstenau@caed.uscourts.gov

Sent by: aldon33@gmail.com

History: This message has been forwarded.

Shani:

Did I upset someone over there?  We filed our complaint on diversity grounds, and the court sua sponte gave us 10 days to file an amendment to address jurisdictional issues.  So we just finished doing that and he again, sua sponte, dismissed the case without leave to amend.

No reasons given, no hearing given, just SLAM!

I am thinking maybe this second order is a mistake.  Can you please give me a call?  916.446.2800.

## Aldon Bolanos
**Law Offices of Aldon Bolanos**

925 G Street, The Van Voorhies Mansion, Sacramento, California 95814  |  (916) 446.2800 |  www.aldonlaw.com
Sacramento  |  Los Angeles  |  San Francisco


---------- Forwarded message ----------
From: <caed_cmecf_helpdesk@caed.uscourts.gov>
Date: Fri, Sep 20, 2013 at 1:01 PM
Subject: Activity in Case 2:13-cv-01946-GEB-AC Singh v. Wells Fargo Bank, N.A. Judgment
To: CourtMail@caed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 9/20/2013 at 1:01 PM PDT and filed on 9/20/2013
**Case Name:**       Singh v. Wells Fargo Bank, N.A.
**Case Number:**     2:13-cv-01946-GEB-AC
**Filer:**
**WARNING: CASE CLOSED on 09/20/2013**
**Document Number:** 10

**Docket Text:**
**JUDGMENT dated \*9/20/13\* entered pursuant to order signed by Judge Garland E. Burrell, Jr., on 9/20/13. (Kastilahn, A)**


**2:13-cv-01946-GEB-AC Notice has been electronically mailed to:**

Aldon Louis Bolanos     walt@aldonlaw.com, aldon@aldonlaw.com

**2:13-cv-01946-GEB-AC Electronically filed documents must be served conventionally by the filer to:**